UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------- X
JANE DOE,                                               :
                                                        :
Plaintiff / Victim of Sex Trafficking,                  :
                                                        :
v.                                                      :
                                                        :
BOSTON CELTICS, NBA, JAYSON TATUM,                      :
MARCUS SMART,                                           :
                                                        :
CHARLES RIVER PARK "D" COMPANY,                         :   CASE NO.
EQUITY RESIDENTIAL MGMT LLC,                            :
ALCOTT APARTMENTS,                                      :
CASEY KOWAL,                                            :
                                                        :
THE STATE OF MASSACHUSETTS,                             :
HOUSING COURT- EASTERN DIV.,                            :
JUDGE DIANA H. HORAN,                                   :
                                                        :
Defendants / Traffickers.                               :
------------------------------------------------------- X
```

The Plaintiff JANE DOE (herein this Civil Action, "VICTIM OF SEX TRAFFICKING") for the Complaint against Group 1: Banner Seventeen LLC aka Boston Celtics (herein, "Defendant Boston Celtics"), NBA, Jayson Tatum (herein, "Defendant Mr. Tatum"), and Marcus Smart (herein, "Defendant Mr. Smart") (herein, together, "NBA Defendants"); Group 2: Charles River Park "D" Company, Equity Residential Mgmt. LLC, Alcott Apartments, and Casey Kowal (herein, together, "Landlord Defendants"); and, Group 3: the State of Massachusetts, Housing Court - Eastern Division, and Judge Diana H. Horan, (herein, together, "State Defendants"), (herein, all three groups together, "Defendants") avers upon personal knowledge as to her own acts and body; knowledge with respect to itself and its own conduct gained through personal experiences, personal observations, and personal communications; and upon the basis of information and belief as to all other matters as follows:

Dated: March 10, 2026                                              Respectfully submitted,

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Victim of Sex Trafficking
as Pro Se "Appellant"

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2026, I filed the foregoing document with the Clerk of the "Appeals Court" in the United States Federal Courthouse located at One Courthouse Way, Boston, MA. I certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

I hereby certify that on March 10, 2026, I provided via email to at least one Lead Attorney of record for each Defendant the foregoing document.