UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

```
------------------------------------------------------- X
JANE DOE,                                               :
                                                        :
Plaintiff / Victim of Sex Trafficking,                  :
                                                        :
v.                                                      :
                                                        :
BOSTON CELTICS, NBA, JAYSON TATUM,                      :
MARCUS SMART,                                           :
                                                        :
CHARLES RIVER PARK "D" COMPANY,                         :         CASE NO.
EQUITY RESIDENTIAL MGMT LLC,                            :
ALCOTT APARTMENTS,                                      :
CASEY KOWAL,                                            :
                                                        :
THE STATE OF MASSACHUSETTS,                             :
HOUSING COURT- EASTERN DIV.,                            :
JUDGE DIANA H. HORAN,                                   :
                                                        :
Defendants/ Traffickers.                                :
------------------------------------------------------- X
```

### VICTIM OF SEX TRAFFICKING'S
### REQUEST FOR PERMISSION TO UNDER PSEUDONYM

The Victim of Sex Trafficking respectfully requests to be allowed to use the pseudonym Jane Doe and redact personally identifying information during this Civil Action to protect the Victim of Sex Trafficking's confidentially and to protect the Victim of Sex Trafficking from additional harm.

Dated: March 10, 2026                           Respectfully submitted,

                                                [redacted signature]

                                                Victim of Sex Trafficking
                                                as Pro Se "Appellant"

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2026, I filed the foregoing document with the Clerk of the "Appeals Court" in the United States Federal Courthouse located at One Courthouse Way, Boston, MA. I certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

I hereby certify that on March 10, 2026, I provided via email to at least one Lead Attorney of record for each Defendant the foregoing document.