UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                )
JANE DOE,                       )
                                )
            Plaintiff,          )
                                )
      v.                        )     CIVIL ACTION
                                )     NO. 26-11205-WGY
BOSTON CELTICS, NBA,            )
JAYSON TATUM, MARCUS SMART,     )
CHARLES RIVER PARK D. COMPANY,  )
EQUITY RESIDENTIAL MGMT LLC,    )
ALCOTT APARTMENTS, CASEY KOWAL, )
THE STATE OF MASSACHUSETTS,     )
HOUSING COURT - EASTERN DIVISION,)
DIANA H. HORAN,                 )
                                )
            Defendants.         )
_____)
```

YOUNG, D.J.                                    March 13, 2026

**ORDER TO SHOW CAUSE**

Pursuant to Fed. R. Evid. 201, a court may take judicial notice of its records on its own initiative at any stage of the proceedings. Having done so here, as it appears this case is indistinguishable from Jane Doe v. Jaylen Brown et al No. 24-11561-LTS (D. Mass. 2024) wherein judgment entered for the defendants on June 9, 2025 (ECF No. 109), which judgment was later affirmed by the United States Court of Appeals on March 6, 2026 (ECF No. 147), the said Jane Doe shall show cause, in writing, on or before Friday, April 3, 2026 why this present

action ought not be dismissed with prejudice on the ground of issue preclusion.

**SO ORDERED.**

*William G. Young*
WILLIAM G. YOUNG
DISTRICT JUDGE