UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------ X

JANE DOE,                              :
                                       :
*Plaintiff / Victim of Sex Trafficking,*  :
                                       :
v.                                     :
                                       :
BOSTON CELTICS, NBA, JAYSON TATUM, :
MARCUS SMART,                          :
                                       :
CHARLES RIVER PARK "D" COMPANY,   :       CASE NO.: 1:26-CV-11205
EQUITY RESIDENTIAL MGMT LLC,      :
ALCOTT APARTMENTS,                :
CASEY KOWAL,                      :
                                  :
THE STATE OF MASSACHUSETTS,       :
HOUSING COURT- EASTERN DIV.,      :
JUDGE DIANA H. HORAN,             :
                                  :
*Defendants/ Traffickers.*        :
------------------------------------------------------------ X

## REPLY TO REQUEST TO SHOW CAUSE

This present action should not be dismissed with prejudice, and instead should remain open and heard. If this Reply is not responded to by the Defendants, then it is unopposed by each unresponsive Defendant. The grounds for why this present action should not be dismissed with prejudice, and instead should remain open and heard are as follows:

I.    *I have suffered damages while being sex trafficked and as a result of my situation as a trafficked person, and I have not yet been offered the Jury Trial in Federal Court that I have demanded determine the mandatory relief and remedy that I am entitled to.* I require relief and remedy for these damages, but I have not been offered anything and I do not agree to closing this action. There has been issue with the identification of my status as a trafficked person. All of the evidence of the claim was never gathered, organized or disclosed before a wrong determination of my identification was made. According to Congress's research on this topic, wrong determinations can happen. Corrective action is required, and an option for it must remain open.

II.    *The sex trafficking action was dismissed without prejudice, allowing me to refile it.*

- I refiled the present action with new evidence for the Court since evidence is their expressed concern. I declare that I have additional evidence of the claim that I have not shown the Court or disclosed. There is no reason as to why my right to refile this action should be taken from me just because I acted within my right to actually use it.

- The action that was dismissed was brought forward by me representing myself about a very complicated and severe form of damage. This is not a scenario were an action was dismissed by seasoned counsel.

- Leniency and fair process cannot be said to have occurred in this pro se action if the Court denies me my request and right to have counsel before dismissing it and then denies me my request and right to refile the action, and all before evidence is obtained.

III.    *The basis in which the district court dismissed the sex trafficking action without prejudice was lack of evidence, and I have refiled the action with an additional piece of new evidence that the Court has not seen before this present action.* The one piece of new evidence that the Court has not seen is a screenshot of my call logs around the time my dog was murdered. The screenshot shows two missed calls from a phone number that is associated with Shaun Mosely, known as "Person A" in the action that started the sex trafficking legal proceedings. This screenshot proves contact between me and Person A exists. This contact was made during the sex trafficking legal proceedings, and around the time my dog was murdered. The assertion that someone within this group contacts me on or around the time damage to me relating to my situation as a trafficked person occurs was made during the pre trial process, and with this screenshot there is even proof of that claim as well. If any appropriate investigation has occurred in the past 1.5 years, then the Court should already know that Person A is a mutual contact of the Player Defendants and high profile executives, and is able to and/or positioned to have been operating in the way I described[1]. No evidence is required at the pleading stage, but dismissal of the action that started the sex trafficking legal proceedings for lack of evidence while in the initial pleading stage is what happened.

---

[1] At this point in time, I would like to assert that based on my experiences and observations, Person A has been forced to operate the way he does. Boston Celtics franchise executives and Epstein list-like individuals forced him into this. Person A, -- whom has no trouble attracting mutually agreeing women on his own-- , just likes to have sexual relations with women and party. It is my understanding that little by little, Person A was sucked into and forced into this whole sex trafficking situation through the threat of not being able to organize parties as likes and his new job generally. Person A mentioned to me several times a strong desire to "get out" of the situation, but struggles with doing so. I have seen firsthand Person A visibly upset with this situation. Under the penalties of perjury, and more than anything, I do not believe and I know outright that neither Person A nor any of the Player Defendants (named and unnamed) would have engaged in any of this and/or the conducts that damaged me if they weren't themselves being forced through the threat of their own jobs and/or professional development and then manipulated afterthefact.

IV.    *I have refiled the sex trafficking action to combine all of the sex trafficking claims into one lawsuit and to submit over 100 pages of evidence the Court did not consider in the action that started the sex trafficking legal proceedings (Case No.: 1:24-CV-115461) as new "material evidence"*. The present action has combined all of the sex trafficking claims into one lawsuit so that all three circumstances and situations can be considered *with each other*, and so that the totality of sex trafficking damages I have incurred can be better understood. By doing so, each claim now directly serves as proof of at least one other claim *in addition to* being its own claim of *related and connected* sex trafficking conducts (varying and differentiating only in individual roles, details, and degrees of damage at play, etc). The Court has had access to most of the evidence in the exhibit of this present action through the related cases, but it is my understanding that the district judges refused to consider all three claims to, together, be the collective "Boston Celtics Sex Trafficking Lawsuit." Not one district judge indicted that there was any consideration of the claims as one ongoing situation that I am dealing with and/or suffering from. Therefore, there is no reason to believe that the bulk of evidence submitted with this present action that the Court had access to was ever actually considered in the case that started the sex trafficking legal proceedings or as it would be in this present action. Combining all three claims has therefore offered new evidence of each claim and this present action is now effectively substantively different than each of its perviously filed version components and from the action that started the sex trafficking legal proceedings (without the inclusion of any material contradictions). For example, the exhibit packet as part of this present action includes the *verified existence* of: i-a) the sudden, unusual, and suspicious death of my dog, ii-a) a life threatening electrical hazard in my home, and, iii-a) sudden and unusual legal action and legal punishment against me, all occurring during the sex trafficking legal proceedings, which is now collectively three strong pieces of verified evidence of the claim that the Boston Celtics is operating like a criminal enterprise and involving other individuals and organizations in crimes against me to get away with and/or carry out sex trafficking *in addition* to being the basis of its own respective claims of: i-b) premeditated murder of my dog, ii-b) attempt to murder me, and, iii-b) judicial misconduct and legal abuse against me, respectively, each as part of conspiracy to commit sex trafficking and obstruction of justice in sex trafficking legal proceedings. The district court judge wanted preliminary evidence of the claims against the Boston Celtics, and it is now included with the exhibits of this present action. Each of the three circumstances are part of the Boston Celtics Sex Trafficking situation and evidence of my claims, including proof of the claim that the Boston Celtics is operating like a criminal enterprise and involving other individuals and organizations in crimes against me to get away with and/or carry out sex trafficking. This is the reasonable assumption for the following reasons:

- The situations and circumstances of i-a)-iii-a) have each been verified to exist by the involved Defendants and/or their employees. There is no dispute about whether or not these situations and circumstances actually occurred. Each of the situations and circumstances of i-a)-iii-a) verifiably occurred during the sex trafficking legal proceedings. The situations and circumstances of i-a)-iii-a) are not unverified, and it is conclusively not possible that they were said out "paranoia" during the sex trafficking legal proceedings without actually occurring because each occurrence has been verified.

- Each circumstance can reasonably be assumed to be part of my Boston Celtics Sex Trafficking situation because each of these conducts are an expressed type of conduct that Congress reported that traffickers will do to Victims to try to get away with sex trafficking when sex trafficking has actually occurred, and there are 3 verified instances of *severe* sex trafficking indicting conducts occurring and *severely* damaging me during the sex trafficking legal proceedings. All three of these sex trafficking indicting circumstances occurring cannot reasonably be assumed to be an unrelated coincidence because the existence of 3 sex trafficking indicting circumstances has effectively made a pattern. One of these sex trafficking indicting circumstances occurring on its is own is not likely to have occurred if the claims were not true, making the verified existence of 3 *severe* instances *overwhelming evidence* of the claim.

- The Boston Celtics were in one way or another confirmed to be inappropriately involved, mentioned and/or present at each event and/or an event happened in tangent with movement in the sex trafficking lawsuit that the Boston Celtics presumably did not like in a way in which caused me fear and felt threatening. None of the damages of concern have occurred to me without a connection, tie, or association to the Boston Celtics Sex Trafficking situation.

- At this point no other explantation explains everything that has happened in a consistent, logical, possible and plausible manner. Outrageous and far fetched defense theory by each group to offer "alternative explanation" as to why these events occurred creates more questions than it answers, and further proves that something unusual is going on that is unequivocally damaging, beyond my control, and benefitting the traffickers. This is all material evidence now. With all evidence and claims in one lawsuit now, there is no more ambiguity as to what the Boston Celtics Sex Trafficking Lawsuit really looks like.

V. *I assert that I have evidence to support the claims in the present action that the Court has not reviewed and was not included with the complaint.* I will present the evidence I have in Trial along with the evidence gathered in Discovery. The existence of the new piece of evidence is grounds for my assertion, but not a testament to the weight of evidence I already have. Additionally:

- I have evidence of the claims that the Court is not aware of and for which I know I am not required to share yet and will not share until Discovery and/or Trial,

- I have evidence that the Court did not consider when weighing evidence before Discovery and wrongfully determining that there is not enough evidence,

- even if the Court does not find this one piece of new evidence to be "enough proof", its inclusion now is still evidence that the Court does not have all of the evidence and therefore cannot make a determination based on evidence,

- my unwillingness to not voluntarily share the evidence I have until trial is within my rights and for legitimate reasons, it is not grounds to permanently deprive me of my right to pursue remedy and relief. One reason is because I have concern that something will happen to my evidence if found before trial. This concern proved to be a valid concern when some of the evidence I have was tampered with and destroyed, as explained in this present action.

- I do not recall and/or have any record of anyone ever asking me what evidence I have in an official capacity, and a severe outcome was made on the basis of lack of evidence,

- I never asserted to have submitted *any* of the evidence I have of the initial sex trafficking claim, - let alone *all* of it.

VI. *The Court does not know what evidence I already have to support my claims.* The Court does not know if I already have overwhelming evidence. Although the one piece of new evidence is lighter than other pieces of evidence, the Court does not know if I have heavier weighed pieces of evidence already in my position, such as my own home security footage proving the claim outright, photos and recordings of the executives, or if any conversations and procedures occurred between me and my doctor that have relevance. There are many legitimate reasons why I would want to try to avoid sharing and/or disclosing evidence at this point, some of which includes protecting myself. The Court only knows that I present things in their lighter form and will little by little include more heavily weighed parts in a way that doesn't disprove or contradict initial inclusions, as shown with the complaint filed on June 17, 2024 vs where we are at now.

VII. *I am pro se and the damage to me is very severe, and because of that I should be allowed to file the complaint as many times as it takes to be offered a Jury Trial were all evidence is reviewed.* No one but an actual Vicim would go through all of the trouble I have gone through and that continuing to refile this case would bring. I have less than $3,000 in my bank account, and I still gave another $405 just for this present action. I am smart and capable -- I would go near this if weren't *true and necessary*. My willingness and right to do so is the very least of what the situation truly deserves and warrants.

VIII. *Dismissing the action with prejudice without offering Trial or Discovery would legalize sex trafficking and all of the other crimes described in this present action.* Right now, the Court blames my legal writing and a lack of evidence for the dismissal. I have unambiguously declared that I have evidence of the claims that I have not disclosed or shared. The inclusion of the one new piece of evidence with this present action and not before proves that I have not even been sharing all of the evidence that I have obtained since the start of the sex trafficking legal proceedings as I have gotten it. My decision to wait over 1 year to disclose the existence of, and then share, a few of the pieces of evidence I have about the murder of my dog proves this as well. There is substantial proof that I have not disclosed the existence of or shared all of the evidence I have of the claims whatsoever, and that my assertions that I have more are true. It is my understanding that to not let me refile knowing I have evidence of the claims that I am waiting until Trial to disclose would actually legalize the crime of sex trafficking in practice, and the decision of the Court to dismiss the lawsuit would be about sex trafficking no longer being a crime that the United States acknowledges as opposed to about evidence and wording.

IX. *Dismissing the action with prejudice without offering Trial or Discovery would deprive me of my constitutional rights and protect the traffickers.* Dismissing the action with prejudice without Trial or Discovery would put me in imminent risk of sexual abuse. It would mean the Defendants can continue to sexually abuse me. It would mean the Defendants can continue to force contact with me and benefit from it even when it damages me and is the cause of my suffering. It would mean anyone can sex traffic me. This would be the cause of new sex trafficking damages to me that have not been ruled on or formally discussed, but that still involves at least all of the Defendants named in this present action with the possible exception of the Player Defendants. It could include evidence already known and unknown.

X.    *Dismissing the action with prejudice without Trial or Discovery is immoral, unethical, and Evil.* What has happened to me is described by the United Nations to be an Evil. What has happened to me is bad and upsetting for others to hear, listen to, or even know about. I do not believe that sex trafficking and the related crimes mentioned are even all of the crimes committed against me by this group and others. To expand on that, I believe that the Boston Celtics franchise found out something or got some form of information which served as their basis for believing they could do what they did to me without consequence and why they continued once I started resisting. I have a lot of questions about it while at the same time wanting to just heal and move forward. Knowing more should be my decision. As I basically told your Clerk, I am not able to give a good first impression because how disheartened I am by the lack of support I have received from the Court, even when faced the growing damage to me. I am an extremely nice, considerate and polite person, but I am not an actress and I need to essentially peacefully fight for my freedom at this point, which is uncomfortable and upsetting. It took me a long time to start standing up for myself, and I am doing the best I can in unimaginable circumstances. Can you honestly say that if any women you love went through what I went through that you would want them to do differently? My Doctor told me she respects what I have done, but clearly you don't. The Court doesn't seem to like me and is protecting the Boston Celtics, but are you really okay with taking it this far? Can you imagine going through what I went through, and then trusting the Court to facilitate a fair process only for all of this to have happened instead? If gathering evidence and presenting it to a Jury could help, then is that not the least the Court can do? If you had a daughter or granddaughter or great granddaughter who went through what I went through, or even a fragment of what I went through, what kind of Judge would you want them to have? Will the Judges of this Court really be able to live with themselves if they are effective at blocking me from the mandatory relief and remedy for sex trafficking related damages that I need to live a free life and heal? Will the Judges of this Court really be able to live with themselves if they are effective at blocking me from trial and then from ever refiling before ever knowing all of the evidence but while knowing that it will result in my future and continued suffering? May God have Mercy on all of the Daughters, Sisters and Mothers of the Judges of this Court, and all of the Women they know, if such a thing ever happens.

**Dated: March 16, 2026**                                    **Respectfully submitted,**

Victim of Sex Trafficking
as Pro Se "Appellant"

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2026, I filed the foregoing document with the Clerk of the "Appeals Court" in the United States Federal Courthouse located at One Courthouse Way, Boston, MA. I certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

I hereby certify that on March 16, 2026, I provided via email to at least one Lead Attorney of record for each Defendant the foregoing document.