**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Jane Doe
**Plaintiff**

V.

CIVIL ACTION
NO. 26cv11205-WGY

Boston Celtics et al
**Defendants**

**ORDER OF DISMISSAL**

**YOUNG D.J.**,

    In accordance with the Court's ELECTRONIC ORDER of March 19, 2026, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE on the ground of issue preclusion.

By the Court,

**/s/Matthew A. Paine**

Deputy Clerk

March 19, 2026