# United States Court of Appeals
## For the First Circuit

No. 26-1306

JANE DOE,

Plaintiff - Appellant,

v.

BOSTON CELTICS; JAYSON TATUM; MARCUS SMART; NATIONAL BASKETBALL ASSOCIATION; CHARLES RIVER PARK "D" COMPANY; EQUITY RESIDENTIAL MANAGEMENT, L.L.C.; ALCOTT APARTMENTS; CASEY KOWAL; COMMONWEALTH OF MASSACHUSETTS; HOUSING COURT - EASTERN DIVISION; JUDGE DIANA H. HORAN,

Defendants - Appellees.

### ORDER OF COURT

Entered: May 8, 2026
Pursuant to 1st Cir. R. 27.0(d)

Appellant's motion for leave to proceed in forma pauperis and supporting financial affidavit are transmitted to the district court Docket No. 1:26-cv-11205-WGY (D. Mass.) for action in the first instance.  See Fed. R. App. P. 24(a)(1).  Copies of the district court's ruling shall be forwarded to this court.  The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2).  If appellant is not granted in forma pauperis status by the district court, appellant may file a motion to proceed in forma pauperis in this court in accordance with Fed. R. App. P. 24(a)(5).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. William G. Young
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Jane Doe
Andrea J. Campbell